**Payment history showing the amounts and dates of payments.**

Debtor(s)_____**Ventura**_____Case No. **15 B 38270**___Chapter **13**

| Effective Date | Process Date | Transaction Amount | Description |
|---|---|---|---|
| 06/01/2020 | 06/01/2020 | 379.58 | REGULAR PAYMENT |
| 05/28/2020 | 05/28/2020 | 379.58 | REGULAR PAYMENT |
| 04/29/2020 | 04/29/2020 | 379.58 | REGULAR PAYMENT |
| 03/31/2020 | 03/31/2020 | 379.58 | REGULAR PAYMENT |
| 02/21/2020 | 02/21/2020 | 379.58 | REGULAR PAYMENT |
| 01/24/2020 | 01/24/2020 | 379.58 | REGULAR PAYMENT |
| 12/24/2019 | 12/24/2019 | 379.58 | REGULAR PAYMENT |
| 11/18/2019 | 11/18/2019 | 379.58 | REGULAR PAYMENT |
| 10/16/2019 | 10/16/2019 | 379.58 | REGULAR PAYMENT |
| 09/12/2019 | 09/12/2019 | 379.58 | REGULAR PAYMENT |
| 08/14/2019 | 08/14/2019 | 379.58 | REGULAR PAYMENT |
| 07/08/2019 | 07/08/2019 | 379.58 | REGULAR PAYMENT |
| 05/22/2019 | 05/22/2019 | 379.58 | REGULAR PAYMENT |
| 04/19/2019 | 04/19/2019 | 379.58 | REGULAR PAYMENT |
| 03/27/2019 | 03/27/2019 | 379.58 | REGULAR PAYMENT |
| 02/25/2019 | 02/25/2019 | 379.58 | REGULAR PAYMENT |
| 02/01/2019 | 02/01/2019 | 379.58 | REGULAR PAYMENT |
| 01/08/2019 | 01/08/2019 | 379.58 | REGULAR PAYMENT |
| 12/04/2018 | 12/04/2018 | 379.58 | REGULAR PAYMENT |
| 10/22/2018 | 10/22/2018 | 379.58 | REGULAR PAYMENT |
| 09/25/2018 | 09/25/2018 | 379.58 | REGULAR PAYMENT |
| 08/28/2018 | 08/28/2018 | 379.58 | REGULAR PAYMENT |
| 07/26/2018 | 07/26/2018 | 379.58 | REGULAR PAYMENT |
| 06/22/2018 | 06/22/2018 | 379.58 | REGULAR PAYMENT |
| 05/23/2018 | 05/23/2018 | 379.58 | REGULAR PAYMENT |
| 04/25/2018 | 04/25/2018 | 379.58 | REGULAR PAYMENT |
| 04/03/2018 | 04/03/2018 | 379.58 | REGULAR PAYMENT |
| 03/02/2018 | 03/02/2018 | 379.58 | REGULAR PAYMENT |
| 01/31/2018 | 01/31/2018 | 379.58 | REGULAR PAYMENT |
| 12/29/2017 | 12/29/2017 | 759.16 | REGULAR PAYMENT |
| 11/27/2017 | 11/27/2017 | 379.58 | REGULAR PAYMENT |
| 10/12/2017 | 10/12/2017 | 379.58 | REGULAR PAYMENT |
| 09/06/2017 | 09/06/2017 | 379.58 | REGULAR PAYMENT |
| 07/31/2017 | 07/31/2017 | 379.58 | REGULAR PAYMENT |
| 07/03/2017 | 07/03/2017 | 379.58 | REGULAR PAYMENT |
| 05/16/2017 | 05/16/2017 | 379.58 | REGULAR PAYMENT |
| 05/02/2017 | 05/02/2017 | 379.58 | REGULAR PAYMENT |
| 04/10/2017 | 04/10/2017 | 379.58 | REGULAR PAYMENT |
| 02/28/2017 | 02/28/2017 | 379.58 | REGULAR PAYMENT |
| 01/13/2017 | 01/13/2017 | 759.16 | REGULAR PAYMENT |
| 12/01/2016 | 12/01/2016 | 379.58 | REGULAR PAYMENT |
| 11/01/2016 | 11/01/2016 | 379.58 | REGULAR PAYMENT |
| 09/30/2016 | 09/30/2016 | 379.58 | REGULAR PAYMENT |

| Date | Date | Amount | Type |
|---|---|---|---|
| 09/01/2016 | 09/01/2016 | 379.58 | REGULAR PAYMENT |
| 07/27/2016 | 07/27/2016 | 379.58 | REGULAR PAYMENT |
| 06/27/2016 | 06/27/2016 | 379.58 | REGULAR PAYMENT |
| 05/24/2016 | 05/24/2016 | 379.58 | REGULAR PAYMENT |
| 04/21/2016 | 04/21/2016 | 379.58 | REGULAR PAYMENT |
| 03/25/2016 | 03/25/2016 | 379.58 | REGULAR PAYMENT |
| 02/23/2016 | 02/23/2016 | 379.58 | REGULAR PAYMENT |
| 01/28/2016 | 01/28/2016 | 379.58 | REGULAR PAYMENT |
| 01/08/2016 | 01/08/2016 | 379.58 | REGULAR PAYMENT |
| 11/12/2015 | 11/12/2015 | 379.58 | AUTO DEBIT PMT |
| 10/12/2015 | 10/12/2015 | 379.58 | AUTO DEBIT PMT |

Date:   July 30, 2020             /s/ Christopher H. Purcell
                                  Counsel for Movant